# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| BARBARA BORREGO,<br>　　　*Plaintiff*<br><br>v.<br><br>WAL-MART STORES TEXAS, LLC<br>and WAL-MART STORES TEXAS<br>2007, LLC,<br>　　　*Defendants* | §<br>§<br>§<br>§　Case No. 1:21-CV-00346-SH<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Before the Court is the Agreed Motion to Dismiss with Prejudice (Dkt. 36), filed May 8, 2024. The parties notify the Court that they have settled all matters in this case, and Plaintiff asks the Court to dismiss her claims with prejudice.

The Court **GRANTS** the Agreed Motion to Dismiss with Prejudice and **ORDERS** that all claims brought by Plaintiff Barbara Borrego against Defendants Wal-Mart Stores Texas, LLC and Wal-Mart Stores Texas 2007, LLC are **DISMISSED** with prejudice. All taxable costs of court shall be taxed against the party incurring same.

The Court **FURTHER ORDERS** that all court settings are canceled, that any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** on May 27, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE